**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 24-12216

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KIZZI ROTHWELL,
a.k.a. Kizzi Jolly,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00309-VMC-NHA-2

————————————

Before ROSENBAUM, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Christopher DeLaughter, appointed counsel for Kizzi Rothwell in this direct criminal appeal, has moved to withdraw from

2                    Opinion of the Court                    24-12216

further representation of Rothwell and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rothwell's conviction and sentence are **AFFIRMED**.[1]

---

[1] Because we grant DeLaughter's motion to withdraw and affirm Rothwell's conviction and sentence, we are unable to provide Rothwell the relief she seeks in her motion to discharge DeLaughter and appoint new counsel, and we therefore DENY the motion as moot.